# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:25-MJ-36 |
| JASON ANTHONY DIRKS | ) | |
| | ) | |
| Defendant(s) | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 6 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2025__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Newton, DEA TFO
Printed name and title

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone this 6th day of March, 2025.

Date: 3/6/25

City and state: Amarillo, TX

_____
Judge's signature

Lee Ann Reno, U.S. Magistrate Judge
Printed name and title

No. 2:25-MJ-36

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a police officer with Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including but not limited to conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, and executing arrest and search warrants.

3) This affidavit is made in support of a complaint and arrest warrant for Jason Anthony DIRKS. I am familiar with the information in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

4) On March 5, 2025, the Amarillo Police Department (APD) Narcotics Agents executed a controlled purchase of fentanyl within the city limits of Amarillo, Texas. An undercover agent met with Jason Anthony DIRKS to buy fifty (50) fentanyl pills. During the meeting, DIRKS sold the undercover agent fifty (50) blue round pills inscribed with "M30," which were suspected to be fentanyl. DIRKS also provided the undercover agent with an additional fifty-four (54) pills described as identical blue round pills. DIRKS informed the undercover that the extra pills could be paid for during the next transaction. In total, DIRKS supplied the undercover agent with one hundred four (104) suspected fentanyl pills weighing 11.2 gross grams.

5) After the transaction with the undercover agent, other agents from APD Narcotics continued to monitor DIRKS. DIRKS was known to not have a valid driver's license. Agents noticed that the vehicle DIRKS was driving also had faulty equipment. A marked APD patrol car was able to perform a traffic stop and arrest DIRKS for not having a valid driver's license and for defective equipment, both of which are violations of the Texas Transportation Code.

6) APD Officers conducted an inventory of the vehicle per APD policy before it was impounded. During the inventory, officers found an orange circular Mentos container that held 1.1 gross grams of suspected methamphetamine, and 19.8 gross grams of blue round suspected fentanyl pills. The suspected fentanyl pills were divided into two bags: one containing one hundred pills in a zip-top bag and the other containing fifty-one blue round fentanyl pills in a clear zip-top bag.

7) DIRKS was taken to APD for an interview. During the interview, other agents from the APD Narcotics Unit executed a search warrant on DIRKS's residence located at 1301 N Tyler, Amarillo, Texas 79107.

8) During the execution of the search warrant, officers found a black safe in the bedroom where identifiers linked to DIRKS were discovered. DIRKS possessed several keys during the traffic stop. One of the keys in his possession opened the safe, allowing officers to access it. Inside, officers found two firearms: a Rock River AR15 with serial number 24-022689 and a Ruger RXM semiautomatic pistol, which bears serial number 094-09700. The Ruger RXM has been reported stolen in New Mexico. Additionally, officers discovered over 700 grams of a crystalline substance that field-tested positive for methamphetamine in the safe.

9) DIRKS was *Mirandized,* and he was interviewed. During the interview, DIRKS admitted to selling fifty (50) fentanyl pills and providing an additional fifty-four (54) pills. When asked about the methamphetamine in the safe, DIRKS stated that there should be one and a half pounds of methamphetamine in the safe, which aligns with the 700-plus grams discovered there. DIRKS admitted he knew the AR-15 was located in the safe with the methamphetamine.

_____
Thomas Newton
DEA Task Force Officer

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 6th day of March, 2025.

**Lee Ann Reno U.S. Magistrate Judge**
Name and Title of Judicial Officer

*[signature: Lee Ann Reno]*
Signature of Judicial Officer